Joseph N. Froehlich (044 921 996)
LOCKE LORD LLP
Brookfield Place
200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
Jfroehlich@lockelord.com
*Attorney for Defendant*
*Fay Servicing, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDAN REMPEL, on behalf of himself and all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>FAY SERVICING, LLC; and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Action No.: 3:22-cv-06960 |

### FAY SERVICING, LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1(a), Defendant Fay Servicing, LLC is a single member limited liability company and wholly owned by Fay Management, LLC, its single member. No publicly traded corporation owns 10% or more of its stock.

Date: December 15, 2022

By: /s/ *Joseph N. Froehlich*
Joseph N. Froehlich (044 921 996)
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
jfroehlich@lockelord.com